UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO, ) | Case No. CV 08-6280 RSWL(JC) |
| Petitioner, ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| FERNANDO GONZALES, ) Warden, ) | JUDGE |
| Respondent. ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein on petitioner and counsel for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: July 19, 2010

*RONALD S.W. LEW*
_____
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE