# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO, | Case No. CV 08-6280 RSWL(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| FERNANDO GONZALES, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 19, 2010

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE